Virgilio PENALOZA, Plaintiff–Appellant,

v.

HUBBERT, Dr., Dentist at Piedmont Regional Jail, sued in personal capacity, GORDON, Doctor at Piedmont Regional Jail, sued in personal capacity, Defendants–Appellees.

No. 14–7427.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 3, 2015.

Decided: March 4, 2015.

Virgilio Penaloza, Appellant Pro Se.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Virgilio Penaloza appeals the district court's order dismissing his action without prejudice. We have reviewed the record and find no abuse of discretion. *Shao v. Link Cargo (Taiwan) Ltd.,* 986 F.2d 700, 708 (4th Cir.1993) (stating standard of review). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*